MARY MACFADDEN, Appellant, *v.* BERNARR MACFADDEN, Respondent.

Submitted June 11, 1945; decided July 19, 1945.

Motion by appellant for a reargument denied. [See 294 N. Y. 781.]

In the Matter of JOHN J. KUHN, Appellant, against THOMAS J. CURRAN, as Secretary of State of the State of New York, Respondent.

In the Matter of JOHN J. KUHN, Appellant, against ROLLIN BROWNE, as Commissioner of Taxation and Finance of the State of New York, Respondent.

Submitted June 11, 1945; decided July 19, 1945.

Motion by respondents for reargument denied, with $10 costs and necessary printing disbursements. [See 294 N. Y. 207.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GEORGE PHILLIPS, Appellant.

Submitted July 19, 1945; decided July 19, 1945.

Motion by appellant for reargument denied. [See 292 N. Y. 506.]

COUNTY OF NASSAU, Respondent, *v.* DAY HARDIE et al., Defendants, and INTERCOUNTY OPERATING CORPORATION et al., Appellants.

GRACE E. CONNOLLY, Respondent, *v.* TIMOTHY CURRY et al., Defendants, and INTERCOUNTY OPERATING CORPORATION, Appellant.

Submitted July 19, 1945; decided July 19, 1945.

Motions by appellant to amend remittiturs denied, with $10 costs and necessary printing disbursements. [See 294 N. Y. 848, 850.]